

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2018

No. 04-18-00594-CV

Mary **MATTHEWS**,
Appellant

v.

**OLD RIVER ROAD RV RESORT, LLC**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18372A
Honorable Robert R. Barton, Judge Presiding

# O R D E R

Appellant's brief is due on November 7, 2018.  Before the brief's due date, the parties filed a joint motion to abate this appeal for ninety days to give them time to try to resolve the case through mediation.

The parties' joint motion to abate this appeal is GRANTED.  We ABATE this appeal until February 5, 2019.

We ORDER Appellant to file in this court not later than February 5, 2019, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

If the parties fail to settle, Appellant's brief will be due on March 7, 2019.

All other appellate deadlines are SUSPENDED pending further order of this court.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court